

### IN THE
### TENTH COURT OF APPEALS

### No. 10-18-00058-CV

**TEXAS MIDSTREAM GAS SERVICES, L.L.C.,**

**Appellant**

 **v.**

**DR. BANGALOR V. RAMAKRISHNA,**

**Appellee**

**From the 18th District Court
Johnson County, Texas
Trial Court No. C201100498**

## MEMORANDUM  OPINION

Appellant, Texas Midstream Gas Services, L.L.C., appealed the trial court's Final Judgment signed on January 21, 2018 in favor of appellee, Dr. Bangalor V. Ramakrishna. The parties have now filed an Agreed Motion to Vacate and Dismiss Appeal asserting that the parties have reached a settlement and wish to dismiss and vacate the appeal.

The Agreed Motion is granted, and this appeal is dismissed.  *See* TEX. R. APP. P. 42.1(a).  There being no agreement of the parties as to costs, it is further ordered that costs

of this appeal are taxed against appellant.


                                     TOM GRAY
                                     Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins[1]
Appeal dismissed
Opinion delivered and filed March 4, 2020
[CV06]



---

[1] The Honorable Al Scoggins, Senior Justice of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003.